**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BRANDON RAINVILLE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-24-G** |
| | ) |
| **STATE OF OKLAHOMA et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Plaintiff Brandon Rainville filed this federal civil rights action on January 6, 2026. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On April 14, 2026, Judge Stephens issued a Report and Recommendation (Doc. No. 23), in which he recommended this action be dismissed with prejudice based upon Plaintiff's failure to comply with the Court's orders and with pleading requirements. In the Report and Recommendation, Judge Stephens advised Plaintiff of his right to object to the Report and Recommendation by May 5, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 23) is ADOPTED in its entirety. This action is DISMISSED with prejudice. A separate judgment shall be entered. Plaintiff's pending motions (Doc. Nos. 8, 11, 12, 21, 22) are DENIED AS MOOT.

IT IS SO ORDERED this 4th day of June, 2026.

CHARLES B. GOODWIN
United States District Judge

2